# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL CLINTON SULLIVAN

VERSUS

MARTHA ADELE SULLIVAN

NO.  2020 CW 0298

**APRIL 9, 2020**

---

In Re:   Martha Adele Sullivan, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23545

---

**BEFORE:  McDONALD, HIGGINBOTHAM, CHUTZ, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT DENIED.**

**JMM**
**TMH**
**WRC**

**Penzato** and **Lanier, JJ.**, concur in part and dissent in part.  We concur in the denial of the stay.  We dissent as to the denial of the writ and would vacate the trial court's March 30, 2020 order denying the Motion to Extend Stay in Colorado with Minor Child filed by relator, Martha Sullivan, and instruct the trial court to conduct a hearing on such motion, leaving to the discretion of the trial court the timing of such hearing and whether to conduct such hearing through electronic alternatives, considering the orders of the Governor of the State of Louisiana and the Louisiana Supreme Court.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT